JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOVEK BADEMYAN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>THE RECEIVABLE MANAGEMENT<br>SERVICES CORPORATION dba RMS,<br><br>　　　　　Defendant. | CASE NO. CV 08-00519 MMM (RZx)<br><br>JUDGMENT FOR DEFENDANT |

On March 30, 2009, the court held a pretrial conference in this case. P*ro se* plaintiff Hovek Bademyan failed to appear, and the court issued an order to show cause why the action should not be dismissed for failure to prosecute and failure to appear. The order directed Bademyan to file a written response within seven (7) days. To date, no response has been filed. Accordingly,

　　　　IT IS ORDERED AND ADJUDGED that

　　　　1. Plaintiff take nothing by way of his complaint, and

　　　　2. The action be, and hereby is, dismissed.

DATED: April 13, 2009

　　　　　　　　　　　　　　　　　　　　　_Margaret M. Morrow_
　　　　　　　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE