UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOVEK BADEMYAN, | ) CASE NO. CV 08-00519 MMM (RZx) |
| Plaintiff, | ) |
| vs. | ) JUDGMENT FOR DEFENDANT |
| THE RECEIVABLE MANAGEMENT SERVICES CORPORATION d/b/a RMS, | ) |
| Defendant. | ) |

Following a pretrial conference on March 30, 2009 – at which *pro se* plaintiff Hovek Bademyan failed to appear – the court issued an order to show cause why the action should not be dismissed for failure to appear and failure to prosecute. Bademyan did not respond, so the court dismissed the action and entered judgment for RMS on April 13, 2009. On April 28, 2009, defendant RMS moved for an order of sanctions against Bademyan that required him to pay its attorneys' fees and costs. On June 25, 2009, the court granted defendant's motion in part, and directed it to file a supplemental pleading in support of the amounts requested. RMS did so. Having reviewed these submissions,

1  IT IS ORDERED AND ADJUDGED that defendants recover $25,176.31 in attorneys' fees
2  and costs from Bademyan.

4  DATED: July 24, 2009

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

2